STATE EX REL. WM. R. MORSE, APPLICANT RELATOR, *v.* THE DISTRICT COURT OF THE THIRTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA AND THE HONORABLE M. JAMES SORTE, RESPONDENTS.

No. 13363.
Decided May 27, 1976.
549 P.2d 1080.

Anderson, Symmes, Forbes, Peete & Brown, Billings, Weymouth D. Symmes (argued), Billings, for applicant relator.

Berger, Anderson, Sinclair & Murphy, Billings, Arnold Berger (argued), Billings, for respondents.

ORDER

PER CURIAM:

The application of relator for a writ of prohibition, supervisory control, or other relief is hereby denied.

STATE OF MONTANA EX REL. *ALAN LLERA*, PETITIONER, *v.* THE DISTRICT COURT OF THE THIRTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA IN AND FOR THE COUNTY OF YELLOWSTONE, AND THE HONORABLE C. B. SANDE, JUDGE THEREOF, RESPONDENTS.

No. 13387.
Decided May 27, 1976.
549 P.2d 1085.

Lewis E. Brueggemann, Billings, for petitioner.

ORDER

The petition for writ of supervisory control is denied. The petitioner has an adequate remedy at law and facts sufficient to invoke the extraordinary jurisdiction of this Court are not present.

MR. ACTING CHIEF JUSTICE CASTLES, MR. JUSTICES HASWELL and DALY and the HONORABLE GORDON BENNETT, District Judge sitting for MR. CHIEF JUSTICE HARRISON concur.